In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00359-CR
_____

ANTHONY DENARD MAYO, Appellant

V.

THE STATE OF TEXAS, Appellee

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 06-99019**

**MEMORANDUM OPINION**

Anthony Denard Mayo pleaded guilty under a plea agreement to robbery. The trial court deferred further proceedings, placed Mayo on community supervision for six years, and assessed a $750.00 fine. After the State filed a motion to revoke, the trial court found Mayo violated one of the terms of his community supervision, adjudicated him guilty of robbery, and assessed punishment at twenty years in prison, along with a $10,000 fine.

1

Mayo's appellate counsel filed a brief that presents counsel's professional evaluation of the record. Counsel concludes there are no arguable points of error. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). This Court granted an extension of time for Mayo to file a *pro se* response. We received no response from Mayo. We have reviewed the appellate record and agree with counsel's conclusion. It is unnecessary to order appointment of new counsel to re-brief the appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). The trial court's judgment is affirmed.

AFFIRMED.

_____
DAVID GAULTNEY
Justice

Submitted on March 5, 2013
Opinion Delivered March 27, 2013
Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.